IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
APR 25 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 18–132–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| EUGENE MAJOR BIGBACK, JR., | |
| Defendant. | |

The judgment entered in this case on April 25, 2019 erroneously imposes a sentence of imprisonment of "12 months and 1 year as to count 1." The judgment form should read "12 months and 1 day as to count 1."

Accordingly, pursuant to Federal Rule of Criminal Procedure 36, IT IS ORDERED that a corrected judgment shall be prepared to correct the sentence of imprisonment.

DATED this 25th day of April, 2019

Dana L. Christensen, Chief Judge
United States District Court