IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE MAJOR BIGBACK, JR.,<br><br>Defendant. | CR 18–132–BLG–DLC<br><br><br><br>ORDER |

The Court held a continuation of Defendant Eugene Major Bigback, Jr.'s revocation hearing on October 19, 2022. Based on Mr. Bigback's continued compliance with the conditions of his supervised release, IT IS ORDERED that the pending revocation petition (Doc. 38) is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Mr. Bigback is subject to continued supervised release for a period of six (6) months.

IT IS FURTHER ORDERED that Mr. Bigback remains subject to all previously imposed conditions of supervised release (Doc. 35 at 3–5).

DATED this 19th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1